UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNN T. PASLEY,

   Plaintiff,

v.

PATRICIA CARUSO ET AL.,

   Defendant.
_____/

Case No. 10-11805

ARTHUR J. TARNOW
SENIOR UNITED STATES
DISTRICT JUDGE

MAGISTRATE JUDGE
MONA K. MAJZOUB

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [35]

On November 29, 2010, Magistrate Judge Majzoub issued a Report and Recommendation [35] that Defendant Caruso's Motions for Summary Judgment [13, 29] should be granted. No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

 Accordingly,

**IT IS ORDERED** that Defendant Caruso's Motions for Summary Judgment [13, 29] are **GRANTED**.

**SO ORDERED.**

      s/Arthur J. Tarnow
      Senior United States District Judge

Dated: December 22, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 22, 2010, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Relief Case Manager